People of State of Illinois, Defendant in Error, v. Arthur Hansen, Plaintiff in Error.

Gen. No. 45,718.

Charles A. Bellows, for plaintiff in error; John S. Boyle, State's Attorney of Cook county, for defendant in error; John T. Gallagher, Rudolph L. Janega, Arthur F. Manning, and William J. McGah, Jr., of counsel. Opinion by JUSTICE BURKE. Not to be published in full. Opinion filed November 6, 1952; rehearing denied November 24, 1952; released for publication December 9, 1952.